IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DANIELLE CANONICO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 3:18-cv-97-MHL |
| | ) |
| ANTON PAAR USA, INC., | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Danielle Canonico, by counsel, and Defendant, Anton Paar USA, Inc., by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court's Memorandum Opinion and Order approving the Parties Settlement Agreement (Dkt. No. 10), stipulate to the voluntary dismissal of this action and all claims asserted with prejudice, with each party to bear its own costs and attorneys' fees.  Pursuant to Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375 (1994), this Court retains jurisdiction to enforce the terms of the settlement.

Respectfully submitted:

DANIELLE CANONICO

By: ____/s/_____
Craig Juraj Curwood
Virginia State Bar No. 43975
Philip Justus Dean
Virginia State Bar No. 86335
Counsel for Plaintiff
Curwood Law Firm, PLC
530 E. Main Street, Suite 710
Richmond, VA 23219
Telephone: (804) 788-0808
Facsimile: (804) 767-6777
ccurwood@curwoodlaw.com
pdean@curwoodlaw.com

ANTON PAAR USA, INC.

By: ____/s/_____
Lynn F. Jacob
Virginia State Bar No. 21749
Counsel for Defendant
Williams Mullen, P.C.
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 420-6427
Facsimile: (804) 420-6507
ljacob@williamsmullen.com

**SO ORDERED**

5|2|2018  /s/  MHL
M. Hannah Lauck
United States District Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2018, I electronically filed the foregoing Joint Stipulation of Dismissal, using the Court's CM/ECF system, which will send a notification of such filing (NEF) to the following:

Philip J. Dean
Craig J. Curwood
Counsel for Plaintiff
Curwood Law Firm
530 E. Main Street, Suite 710
Richmond, VA 23219
pdean@curwoodlaw.com
ccurwood@curwoodlaw.com

By:   _____/s/_____

Lynn F. Jacob
Virginia State Bar No. 21749
Counsel for Defendant
WILLIAMS MULLEN, P.C.
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 420-6427
Facsimile: (804) 420-6507
ljacob@williamsmullen.com

36012430_1.docx